# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL NO. 12-402 |
| : | |
| DEMETRIUS NORRIS : | |

**ORDER**

AND NOW, this __30th__ day of __April__, 2013, having considered the Government's Motion to Dismiss Count Four of the Indictment, it is hereby ORDERED that the Government's Motion to Dismiss Count Four of the Indictment as to this defendant is GRANTED, and Count Four of the Indictment against the above-captioned defendant is DISMISSED as to this defendant.

BY THE COURT:

_____
HONORABLE J. CURTIS JOYNER
*Chief Judge, United States District Court*